

Edward F. Kuhn, III
856.380.6693
ekuhn@capehart.com
Fax: 856.235.2786

November 26, 2025

Magistrate Judge Elizabeth A. Pascal
The United States District Court for the District of New Jersey -Camden Vicinage

**Re:   Halgas, Christopher Cinnaminson, Township of, et al ads.
        Docket No.  1:23-cv-02202**

Dear Judge Pascal:

  I represent the Cinnaminson Township Defendants in the above-referenced matter. Please accept this letter as a status update on the production of certain documents as discussed during the November 18, 2025 status conference. Please be advised that I have continued to follow-up with the Cinnaminson Police Department regarding the production and hope to receive these documents shortly and serve on Plaintiff. I will advise the court when the production is made and can file another status letter in two weeks in the event the production is not completed by then.

            Very truly yours,
            CAPEHART & SCATCHARD, P.A.


            */s/ Edward F. Kuhn, III*
            Edward F. Kuhn, III


CC: Samuel D. Jackson, Esq.

15346961

**Capehart & Scatchard, P.A.** **8000 Midlantic Drive, Ste. 300S** **P.O. Box 5016** **Mount Laurel, New Jersey  08054-5016**
   **856.234.6800**  **Main Fax 856.235.2786**  **WC Fax 856.439.3168**  **www.capehart.com**