

Edward F. Kuhn, III
856.380.6693
ekuhn@capehart.com
Fax: 856.235.2786

December 10, 2025

Magistrate Judge Elizabeth A. Pascal
The United States District Court for the District of New Jersey -Camden Vicinage

**Re:** Halgas, Christopher Cinnaminson, Township of, et al ads.
      **Docket No. 1:23-cv-02202**

Dear Judge Pascal:

    I represent the Cinnaminson Township Defendants in the above-referenced matter. Please accept this letter as a status update on the production of certain documents as discussed during the November 18, 2025 status conference. I believe I have received all the requested documents from the Cinnaminson Township Police. I have notified Mr. Jackson concurrently with the filing of this letter that I am reviewing and hope to serve all the documents by the end of the week.

        Very truly yours,
        CAPEHART & SCATCHARD, P.A.

        */s/ Edward F. Kuhn, III*
        Edward F. Kuhn, III

CC: Samuel D. Jackson, Esq.