

Edward F. Kuhn, III
856.380.6693
ekuhn@capehart.com
Fax: 856.235.2786

December 16, 2025

Magistrate Judge Elizabeth A. Pascal
The United States District Court for the District of New Jersey -Camden Vicinage

**Re:**  Halgas, Christopher Cinnaminson, Township of, et al ads.
Docket No.  1:23-cv-02202

Dear Judge Pascal:

My office represents the Cinnaminson Township Defendants in the above-referenced matter. Please accept this letter as a status update on the production of certain documents as discussed during the November 18, 2025 status conference. Defendants have served Plaintiff with responses to the discovery requests concurrently with the filing of this letter. Defendants also requested that the parties discuss dates for depositions in the same correspondence so discovery can continue to move forward.

Very truly yours,
CAPEHART & SCATCHARD, P.A.

*/s/ Edward F. Kuhn, III*
Edward F. Kuhn, III

CC: Samuel D. Jackson, Esq.